

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 12, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 1 2 2019

The Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States* v. *Naqvi*, et al., S6 19 Cr. 233 (LAK)

Dear Judge Kaplan:

The Government respectfully requests that the above-referenced superseding Indictment, S6 19 Cr. 233 (LAK), which was previously returned by a grand jury in this District, be unsealed and filed on the public docket.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____/s/_____
Andrea Griswold/Max Nicholas/Andrew
Thomas/Brendan F. Quigley
Assistant United States Attorneys
(212) 637-1205/1565/2106/2190

SO ORDERED:

[signature]

Hon. Lewis A. Kaplan
United States District Judge

6/12/19